**[J-54-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: THE NOMINATION PETITIONS OF MARC GRAMMES AS CANDIDATE FOR STATE REPRESENTATIVE IN THE 183RD LEGISLATIVE DISTRICT | : No. 28 MAP 2016 <br> : <br> : Appeal from the Order of <br> : Commonwealth Court dated 3/9/2016 at <br> : No. 85 MD 2016. |
| ALICE J. WALLS, MARK A. CUTH AND ADAM J. SWIFT III, | : <br> : SUBMITTED: March 23, 2016 |
| Objectors | : <br> : <br> : <br> : <br> : <br> : |
| APPEAL OF: MARC GRAMMES | : |

# ORDER

**PER CURIAM**                                    **DECIDED: March 29, 2016**

**AND NOW,** this 29th day of March, 2016, the order of the Commonwealth Court dated March 9, 2016, granting the Petition to Set Aside Nominating Petition of Marc Grammes as Candidate for State Representative in the 183rd Legislative District is AFFIRMED.